**Order filed November 8, 2022**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-22-00584-CV
_____

## In the Interest of K.L. and C.L.

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01646J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case").

The notice of appeal was filed June 28, 2022. On November 8, 2022, a hearing was held in the trial court and the trial court signed an order finding appellant is indigent, directing the court reporter to file the record in this appeal, and appointing counsel on appeal.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). **In this case, that date is December 23, 2022.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order Faith Garcia, the official court reporter, to file the record in this appeal **on or before November 18, 2022.** If Faith Garcia does not timely file the record as ordered, the court may issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.